IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

GAMBILL                                          :
                                                 :        C.A. No. 02-200
        v.                                       :
                                                 :
HOUSING AUTHORITY OF THE                         :        **SCANNED**
CITY OF ERIE                                     :
                                                 :

NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK:

        Kindly withdraw our appearances, and that of our firm, in the above-entitled

matter.

                                BERGER & MONTAGUE, P.C.

                                By: _____
                                    Daniel Berger
                                    Peter Kohn
                                    1622 Locust St.
                                    Philadelphia, PA 19103
                                    (215) 875-3000

Dated: 1/19/06