IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAMBILL | C.A. No. 02-200 |
| v. | |
| HOUSING AUTHORITY OF THE CITY OF ERIE | **SCANNED** |

NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK:

      Kindly withdraw our appearances, and that of our firm, in the above-entitled matter.

                              BERGER & MONTAGUE, P.C.

                              By: _____
                              Daniel Berger
                              Peter Kohn
                              1622 Locust St.
                              Philadelphia, PA 19103
                              (215) 875-3000

Dated: 1/19/06

AND NOW, this 25th day of January, 20 06.
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE