# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH, PENNSYLVANIA

**CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380**

February 16, 2007

R. Bruce Carlson, Esquire
Leo Daly, Esquire
Bethann R. Lloyd, Esquire

In re:    Gambill vs. Housing Authority of the City of Erie
          Civil Action No. 02-200-E

Counsel:

Please be advised that a status conference will be held
on **Tuesday, February 27, 2007, at 1:30 p.m.** before Judge Maurice
B. Cohill, Jr., in **Courtroom 8A, Eighth Floor, U.S. Post Office
and Courthouse, Pittsburgh, Pennsylvania**, to discuss the issue of
non-certification of a class action in the above captioned
matter.

If you have any questions, please contact me as soon as
possible.

Very truly yours,

s/Karen M. Wilson
Administrative Assistant to
Judge Maurice B. Cohill, Jr.