UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUVETRIA GAMBILL, individually and as parent and natural guardian of CARLOS TATE, an infant, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE HOUSING AUTHORITY OF THE CITY OF ERIE, a Pennsylvania Housing Authority,<br><br>　　　　　Defendant. | No. CA02 -200 (Erie) |

## JOINT MOTION TO RESCHEDULE STATUS CONFERENCE

1.　The Court has scheduled a Status Conference in this matter for February 27, 2007, at 1:30.

2.　Prior to the date on which this Court issued the order scheduling the Status Conference in this matter, the United States District Court for the Western District of New York issued an order directing that counsel for Plaintiffs in the Gambill case pending before this Court participate in a mandatory, all-day settlement mediation in Buffalo, New York related to a separate and unrelated class action pending in the Western District of New York. Counsel have been preparing for that mediation for almost two months now.

3.　Counsel for Plaintiffs have conferred with Counsel for Defendant and have apprised him of this scheduling conflict. Counsel for Defendant has indicated that he is amenable to the status conference in this matter being rescheduled.

      4.      Counsel for Plaintiffs called this Court's Chambers on Friday, February 23, 3007 to apprise the Court of the scheduling conflict and to inform the Court that counsel for the parties would be filing a Joint Motion to Reschedule the Status Conference.

      5.      Counsel for Plaintiffs have reviewed their calendar and they would be available for a rescheduled Status Conference on any date over the next month other than March 5 and 6, 2007 at which time counsel must be in Atlanta, Georgia in connection with a settlement mediation involving a separate class action matter pending in the United States District Court for the Northern District of California.

WHEREFORE, the Parties jointly request that this Court reschedule the Status Conference currently set for February 27, 2007, for some date in the next month other than March 5 or 6, 2007.

Respectfully submitted,

| | |
|---|---|
| CARLSON LYNCH LTD. | GROGAN, GRAFFAM & MCGINLEY, P.C. |
| By:  /s/ R. Bruce Carlson<br>   R. BRUCE CARLSON, ESQUIRE | By:  /s/ Leo Gerard Daly<br>   LEO GERARD DALY, ESQUIRE |
| 231 Melville Lane<br>P.O. Box 367<br>Sewickley, PA  15143<br>(412)749-1677 | Three Gateway Center, 22nd Floor<br>Pittsburgh, PA  15222-1009<br>(412) 553-6300 |
| Counsel for Plaintiffs | Counsel for Defendant, Housing Authority of the City of Erie |