## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUVETRIA GAMBILL, individually and as parent and natural guardian of CARLOS TATE, an infant, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE HOUSING AUTHORITY OF THE CITY OF ERIE, a Pennsylvania Housing Authority,<br><br>        Defendant. | No. CA02-200 (Erie) |

## **ORDER**

It is hereby ORDERED, ADJUDGED AND DECREED that the status conference originally scheduled to be held on February 27, 2007 in this case be rescheduled. It will be held on _____, 2007 at _____ __.m..

Dated: _____

                                                              _____
                                                              The Honorable Maurice B. Cohill, Jr.
                                                              United States District Court Judge