# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUVETRIA GAMBILL, individually and as parent and natural guardian of CARLOS TATE, an infant, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOUSING AUTHORITY OF THE CITY OF ERIE, a Pennsylvania Housing Authority,<br><br>Defendant. | No. CA02 -200 (Erie) |

## ORDER

It is hereby ORDERED, ADJUDGED AND DECREED that the status conference originally scheduled to be held on February 27, 2007 in this case be rescheduled. It will be held on Monday, March 19, 2007 at 9:30a.m. in Courtroom 8A, Pittsburgh, Pennsylvania.

Dated: February 26, 2007

s/Maurice B. Cohill, Jr.
The Honorable Maurice B. Cohill, Jr
United States District Court Judge