# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Gambill )
)
)
)
vs. )    CA  02-200Erie
Housing Authority of the City of Erie )
)
)
Defendants )

**HEARING ON**  Status Conference

Before  Judge Maurice B. Cohill, Jr.

| Bruce Carlson, Esq. | Leo Daly, Esquire |
| --- | --- |
|  | Brian Baumann (by phone) |
| Appear for Plaintiff | Appear for Defendant |

| Hearing Begun    9:30 a.m. 3/19/07 | Hrg Adjourned to    — |
| --- | --- |
| Hrg concluded C.A.V.    9:50 a.m. 3/19/07 | Stenographer    Karen Earley |

**WITNESSES**

| For Plaintiff | For Defendant |
| --- | --- |
| Parties have agreed to a consent decree; Status conference/ hearing scheduled for 11:00 a.m. on May 17, 2007, in Pittsburgh, PA. |  |