# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Gambill )
)
vs. )      CA 02-200 E
Housing Authority of Erie )
)
Defendants )

**HEARING ON** Status Conference

**Before** Judge Cohill

Bruce Carlson, Esq.                    Tim Wachter, Esq. (by phone)
                                       Lenni Watson, Esq.

_Appear for Plaintiff_                 _Appear for Defendant_

Hearing Begun 11:00                    Hrg Adjourned to —

Hrg concluded C.A.V. 11:10             Stenographer S. Hall

**WITNESSES**

For Plaintiff                          For Defendant

Status conference — Awaiting this approval
of Consent decree.
Final approval hearing set for August 8, 2007
at 10:30 in Courtroom A, Erie Courthouse