# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

May 17, 2007

R. Bruce Carlson, Esquire
Bethann R. Lloyd, Esquire
Leo Daly, Esquire

In re:   Gambill v. Housing Authority
         Civil Action No. 02-200-E

Counsel:

    Please be advised that a Hearing on Final Approval of the Consent Decree will be held on **Wednesday, August 8, 2007, at 10:00 a.m.** before Judge Maurice B. Cohill, Jr., Federal Courthouse, Courtroom A, Second Floor, Erie, Pennsylvania.

    If you have any questions regarding this matter, please contact me as soon as possible.

                        Very truly yours,

                        <u>s/Karen M. Wilson</u>
                        Administrative Assistant to
                        Senior Judge Maurice B. Cohill, Jr.