# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Gambill, et al )
)
)
)
vs. )         CV NO. 02-200E
Housing Authority of the )
City of Erie )
)
Defendants )

HEARING ON  Class Certification / Consent Decree

Before  Maurice B. Cohill, JR.

Bruce Carlson, Esq.                    Leo Daly, Esq,
                                       Tim Wachter, Esq.

Appear for Plaintiff                   Appear for Defendant

Hearing Begun 8/8/07 10:00 am          Hrg Adjourned to

Hrg concluded C.A.V. 10:15 am          Stenographer KAREN EARLY

## WITNESSES

For Plaintiff                          For Defendant

Final Consent Decree and Class certification Discussed - Appropriate Motions shall be filed and the Court will enter Appropriate Orders Certifying Class + Approving the Consent decree.