IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LUVETRIA GAMBILL, individually )
and as parent and natural )
guardian of CARLOS TATE, an )
infant, on behalf of )
themselves and all other persons )
similarly situated, )
)
        Plaintiffs, )
)
   vs. )   Civil Action No. 02-200-E
)
THE HOUSING AUTHORITY OF THE )
CITY OF ERIE, a Pennsylvania )
Housing Authority, )
)
        Defendant. )

O R D E R

AND NOW, this 8th day of August, 2007, upon consideration of the Joint Motion for Class Certification and Entry of Consent Decree (document No. 31) filed in the above captioned matter on August 8, 2007,

IT IS HEREBY ORDERED that said Motion is GRANTED. IT IS FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 23(b)(2), the following class is hereby certified:

> All families which include a child or children under the age of six currently participating, or who have participated, in HACE administered Section 8 programs who reside or have resided in a building or dwelling unit constructed prior to 1978.

IT IS FURTHER ORDERED that the Consent Decree, Order approving payment of attorney's fees and costs, and Final Dismissal and Bar Order will be issued forthwith.

*Maurice B. Cohill, Jr.*
Senior United States District Judge

ecf:    Counsel of record