IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUVETRIA GAMBILL, individually and as parent and natural guardian of CARLOS TATE, an infant, on behalf of themselves and all other persons similarly situated, ) ) ) ) ) | No. CA02-200 |
| Plaintiffs, ) ) | Judge Cohill |
| v. ) ) | |
| THE HOUSING AUTHORITY OF THE CITY OF ERIE, a Pennsylvania Housing Authority, ) ) ) ) | |
| Defendant. | |

### ORDER OF COURT

Upon review and consideration of plaintiffs' counsel's Motion to Approve Payment of Attorney's Fees and Costs, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is granted and plaintiffs' counsel's request for attorney's fees and costs in the amount of $15,000 is approved and in accord with the agreement of the parties, the $15,000 will be paid on behalf of HACE by its insurance carrier.

BY THE COURT:

August 8, 2007    Maurice B. Cohill, Jr. J.